**Order entered December 20, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00820-CV

### MAERSK, INC., Appellant

### V.

### CALEB C. MGBEOWULA A/K/A CALEB MGBOWULA, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01883-B**

## ORDER

As directed by this Court, appellant has provided written verification that it has paid for the clerk's and reporter's records. Accordingly, we **ORDER** John Warren, Dallas County Clerk, and Robin Washington, Official Court Reporter for County Court at Law No. 2, to file their respective records **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren, Ms. Washington, and, all parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE